## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Hunt Technologies, Inc.,                        Civil No. 05-1369 (DWF/RLE)

        Plaintiff,

v.                                                    **ORDER**

Soraca, Inc.; Power Line Signals, Inc.;
James Rau; Gary Caballero; William Arden;
Darren Sonenstahl; and A-Weatherization, Inc.,
d/b/a AWXCO,

        Defendants.

---

Albert L. Underhill, Esq., John C. Reich, Esq., Johnathan R. Maddow, Esq., Merchant & Gould PC, counsel for Plaintiff.

Richard A. Ohlsen, Eq., Richard A. Ohlsen, Ltd., counsel for Defendants.

---

      Based upon the Report and Recommendation of United States Chief Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

      **ORDERED:**

      1.    That the Plaintiff's Complaint is **DISMISSED, WITHOUT PREJUDICE,** for want of subject matter jurisdiction over the Plaintiff's cause of action.

    2.      That the Plaintiff's Motion to Compel Discovery (Doc. No. 12) is **DENIED** as moot.

Dated: May 1, 2006                      <u>s/Donovan W. Frank</u>
                                          DONOVAN W. FRANK
                                          Judge of United States District Court